# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| Charity Osowski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CKS Prime Investments, LLC, a | ) | |
| Virginia limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Now comes David J. Philipps and Mary E. Philipps, on behalf of Plaintiff Charity Osowski, requests, pursuant to Local Rule 83.1(b), that this honorable Court grant them admission *pro hac vice*, and state as follows:

1. Applicants' residential addresses:

David J. Philipps                Mary E. Philipps
10551 Buck Drive                 15217 Las Robles Street
Orland Park, Illinois 60467      Oak Forest, Illinois 60452

2. Applicants' office address, telephone number, facsimile number, and email addresses are:

Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708)974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

3. Courts to which applicants are admitted to practice and dates of admission:

**David J. Philipps:**

- Supreme Court of the State of Illinois (1987);
- United States Supreme Court (1994);
- United States Court of Appeals for the Seventh Circuit (1989);
- United States Court of Appeals for the Ninth Circuit (1993);
- United States Court of Appeals for the Eleventh Circuit (2018);
- United States District Court for the Northern District of Illinois (general 1988;
- trial 1996);
- United States District Court for the Central District of Illinois (1995);
- United States District Court for the Southern District of Illinois (2007);
- United States District Court for the Southern District of Indiana (1997);
- United States District Court for the Northern District of Indiana (2007);
- United States District Court for the Western District of Oklahoma (2016);
- United States District Court for the Western District of New York (2017);
- United States District Court for the District of Colorado (2017);
- United States District Court for the Eastern District of Tennessee (2017);
- United States District Court for the Western District of Wisconsin (2017);
- United States District Court for the Eastern District of Missouri (2018);
- United States District Court for the Eastern District of Wisconsin (2018); and,
- United States District Court for the Northern District of New York (2021).

**Mary E. Philipps:**

- Supreme Court of the State of Illinois (1988);
- United States Court of Appeals for the Seventh Circuit (2003);
- United States District Court for the Northern District of Illinois (1990);
- United States District Court for the Central District of Illinois (2008);
- United States District Court for the Southern District of Illinois (2008);
- United States District Court for the Southern District of Indiana (2004);
- United States District Court for the Northern District of Indiana (2007);
- United States District Court for the Western District of Oklahoma (2016);
- United States District Court for the Western District of New York (2017);
- United States District Court for the District of Colorado (2017);
- United States District Court for the Eastern District of Tennessee (2017);
- United States District Court for the Western District of Wisconsin (2017);
- United States District Court for the Eastern District of Missouri (2018); and,
- United States District Court for the Eastern District of Wisconsin (2018).

4. David J. Philipps and Mary E. Philipps are both in good standing and eligible to practice in all courts to which they are admitted.

5. Local counsel's address, telephone number, facsimile number, and e-mail address:

Bradford W. Botes   (AL Bar No. ASB-1379043B)
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
(205) 802-2200
(205) 870-3698 (FAX)
bbotes@bondnbotes.com

The required fee of $75 per attorney, or $150 total, will be submitted.

By: s/ David J. Philipps_____
One of Plaintiff's Attorneys

By: s/ Mary E. Philipps_____
One of Plaintiff's Attorneys

Dated:  November 29, 2022

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

Bradford W. Botes   (AL Bar No. ASB-1379043B)
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
(205) 802-2200
(205) 870-3698 (FAX)
bbotes@bondnbotes.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2022, a copy of the foregoing **Motion for Admission Pro Hac Vice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bradford W. Botes                          bbotes@bondnbotes.com
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244

      Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid.

CKS Prime Investments, LLC
c/o CT Corporation System, registered agent
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com