IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Charity Osowski, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| CKS Prime Investments, LLC, a | ) |
| Virginia limited liability company, | ) |
| | ) |
| Defendant. | ) |

### CONSENT OF LOCAL COUNSEL

Bradford W. Botes, pursuant to Local Rule 83.1(b), hereby consents to act as designated local counsel of record for Charity Osowski. The undersigned counsel acknowledges that, as designated local counsel, he will at least review and sign all pleadings and other papers filed in the case by the attorneys appearing *pro hac vice* and that if the attorneys admitted *pro hac vice* fail to respond to any order of the court for appearance or otherwise, the designated local counsel shall have the responsibility and full authority to act for and on behalf of the client(s) in all proceedings in connection with the case, including hearings, pretrial conferences, and trial.

Dated: November 29, 2022

_____
Bradford W. Botes, Esq. (ASB-1379043B)

**OF COUNSEL:**
**BOND, BOTES, REESE & SHINN, P.C.**
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
(205) 802-2200
(205) 870-3698 (FAX)
bbotes@bondnbotes.com